THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JAKOBSEN and RIKA MANABE, and their marital community,<br><br>                         Plaintiffs,<br><br>    v.<br><br>ANNETTE BURROUS, an individual; WELLS FARGO BANK N.A., a federally charted banking association; and ANY AND ALL PERSONS AND ENTITIES CLAIMING BY OR THROUGH THE DEFENDANTS,<br><br>                         Defendants. | Case No. 2:19-cv-01254-RSM<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO DEFENDANT BURROUS' CROSS-CLAIM, AND ORDER |

Defendant-Cross-Plaintiff Annette Burrous ("Ms. Burrous") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until November 25, 2019, an extension of 31 days, to answer or otherwise respond to the cross-claim by Ms. Burrous against Wells Fargo. Ms. Burrous filed her cross-claim on October 4, 2019. The undersigned parties do not request that any other court deadlines be altered.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

\\

\\

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO BURROUS' CROSS-
CLAIM AGAINST WELLS FARGO - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED October 21, 2019.

| | |
|---|---|
| Rank & Karnes Law, P.C. | K&L Gates LLP |
| By: s/ Keith D. Karnes<br>Keith D. Karnes, WSBA # 35000 | By: s/ Peter A. Talevich<br>Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA # 52582 |
| 2701 12th St. SE<br>Salem, OR 97302<br>Phone: (503) 385-8888<br>E-mail : keith@rankkarneslaw.com | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>E-mail: peter.talevich@klgates.com<br>christopher.vandervoort@klgates.com |
| *Attorneys for Defendant Annette Burrous* | Gregory N. Blase, *pro hac vice*<br>State Street Financial Center, One Lincoln Street<br>Boston, MA 02111<br>E-mail : gregory.blase@klgates.com |
| | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21 day of October 2019.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO BURROUS' CROSS-
CLAIM AGAINST WELLS FARGO - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022