# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES JAKOBSEN and RIKA MANABE, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ANNETTE BURROUS, an individual, WELLS FARGO, N.A., a federally charted banking association, and ANY AND ALL PERSONS AND ENTITIES CLAIMING BY OR THROUGH THE DEFENDANTS,<br><br>Defendants. | CASE NO. 2:19-cv-01254-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT |

This matter is before the Court on Plaintiffs' Motion to Amend Complaint. Dkt. #29. Defendants have not opposed the Motion, which the Court accepts as an admission that the Motion has merit. *See* LCR 7(b)(2). Accordingly, and having reviewed Plaintiff's Motion and the remainder of the record, the Court finds and ORDERS that Plaintiff's Motion to Amend Complaint (Dkt. #29) is GRANTED. Plaintiffs may file their Amended Complaint in the form attached to their motion.

Dated this 13th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1