UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JAKOBSEN and RIKA MANABE, and their marital community,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANNETTE BURROUS, an individual; WELLS FARGO BANK N.A., a federally charted banking association; and ANY AND ALL PERSONS AND ENTITIES CLAIMING BY OR THROUGH THE DEFENDANTS,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-01254-RSM<br><br>STIPULATION REGARDING DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, AND ORDER |

Plaintiffs James Jakobsen and Rika Manabe ("plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate that Wells Fargo may have until January 9, 2020, an extension of ten calendar days, to answer or otherwise respond to plaintiffs' amended complaint. Plaintiffs moved for leave to amend their complaint on November 27, and Wells Fargo did not oppose this motion. The Court granted plaintiffs' motion on December 13, and plaintiffs filed the amended complaint the following Monday, December 16. Wells Fargo's response deadline to the amended complaint is currently December 30, 2019. No other case deadlines will be affected.

STIPULATION REGARDING DEADLINE FOR
WELLS FARGO TO RESPOND TO
AMENDED COMPLAINT - 1

304179637 v2

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED December 27, 2019.

| DEMCO LAW FIRM, P.S. | K&L GATES LLP |
|---|---|
| By: /s/ Christopher MacMillan | By: /s/ Peter A. Talevich |
| Lars E. Neste, WSBA # 28781<br>Chris M. MacMillan, WSBA # 50094<br>Skyler B. Gunderson, WSBA # 54013<br><br>3224 Wilson Ave. S, Suite 200<br>Seattle, WA 98118<br>Phone: (206) 203-6000<br>E-mail : lneste@demcolaw.com<br>　　　　cmacmillan@demcolaw.com<br>　　　　sgunderson@demcolaw.com | Peter A. Talevich, WSBA # 42644<br>Christopher A. Vandervoort, WSBA #52582<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>E-mail: peter.talevich@klgates.com<br>E-mail: christopher.vandervoort@klgates.com<br><br>Andrew C. Glass, *Pro Hac Vice*<br>Gregory N. Blase, *Pro Hac Vice*<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Phone: (617) 261-3100<br>Fax: (617) 261-3175<br>E-mail: andrew.glass@klgates.com<br>E-mail: gregory.blase@klgates.com<br><br>Attorneys for Defendant Wells Fargo Bank, N.A. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 27th day of December, 2019.

　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE